

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

File Number: 72743

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Located in Greenbelt

| | |
|---|---|
| IN RE:<br><br>GLORIA ANN MONTGOMERY<br><br>   Debtor | Case No. 18-22331-TJC<br>Chapter 13 |
| NATIONSTAR MORTGAGE LLC D/B/A<br>MR. COOPER<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019<br><br>   Movant<br>v.<br><br>GLORIA ANN MONTGOMERY<br>PO Box 352<br>Marbury, MD 20658<br><br>   Respondents | Motion No. |

### CONSENT ORDER MODIFYING AUTOMATIC STAY

    Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, the parties having reached an agreement, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d), to permit Movant to commence foreclosure proceeding in the Circuit Court for Charles County, Maryland, against the real property and improvements with a legal description of "Beginning for the same at an iron rod being the Northeast corner of Lot 2, Stuckey Estates, as shown on a Plat entitled Lots 1 & 2, Stuckey Estates", recorded in Plat Book 45, Plat 161; said point being the Northwesterly corner of the parcel hereinafter described; Thence leaving said point of beginning and running with the land of David P. Black, as recorded in Deed Liber 2169, Folio 92. North 78 degrees 09' 27" East, 536.57 feet to an iron pipe; thence running with the land of Elnora Bowman, as recorded in Deed Liber 1122, Folio 294, and with the centerline of an old road. South 26 degrees 18' 42" East , 82.30 feet to a point; thence South 22 degrees 51' 39" Ease, 153.47 feet to a point; thence South 01 degrees 30' 19" East, 261.45 feet to a point; thence South 39 degrees 47' 52" West, 245.95 feet to a point; thence South 19 degrees 46' 11" West, 174.95 feet to an iron pipe; thence North 71 degrees 30' 48" West, 168.17 feet to a point; thence North 61 degrees 19' 19" West, 160.06 feet to an iron pipe; thence running with the land of Gregory E. Burroughs, as recorded in Deed Liber 1975, Folio 198, and as shown on a Plat entitled "Land GL Harold R. Greer", as recorded in Plat Book 16, Plat 11", also known as 5630 Stuckey Road, Indian Head, MD 20640 and to allow the successful purchaser to obtain possession of same; and be it further

ORDERED that the above Order be and it is hereby, stayed provided that the Debtor:

1. Make a payment to the Movant of $1,142.35 said payment represents the regular mortgage payment by August 1st, 2019 and continue thereafter to make regular monthly payments as they become due pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above referenced property; and

2. Within Fourteen days the Debtor will file an Amended Chapter 13 Plan to include the post-petition arrears of $5,754.60 which is comprised of 5 payments for 03/01/2019 - 07/01/2019 at $1,142.35, Attorney's fees and costs of $1,031.00 and less a suspense balance of ($988.15). Movant shall file an amended proof of claim to include the arrears; and

3. All payments to the Movant should be made to:

Nationstar Mortgage LLC d/b/a Mr. Cooper
Attn: Payment Processing
PO Box 619094
Dallas, TX 75261-9741

To the extent the Debtor defaults in making the above specified cure or regular payments within the first sixty days of the cure the Movant shall be immediately free to proceed with foreclosure of its security instrument; the forbearance provisions of this order will immediately terminate upon the failure to timely tender any and all payments within the first sixty days of this order and the filing of the Notice of Secured Creditor's Right to Commence Foreclosure Proceedings. If being

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

File Number: 72743

understood between the parties that strict compliance provision is intended as good faith consideration for this order.  Upon default and termination of the forbearance provisions under this paragraph, the Movant shall file a Notice of Secured Creditor's Right to Commence Foreclosure Proceedings.  If the debtor defaults upon payment under the terms of this order and if said default occurs outside of the sixty day period set forth in this paragraph or if any payments which have been acknowledged in the calculation of the mortgage arrearage in this order, but which subsequently fail to clear and are dishonored then the Movant shall mail notice to the Debtor allowing an additional ten (10) days from the mailing of the notice to cure in certified funds and shall file an Affidavit of Default with the Court.  Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings.  If after ten (10) days from the mailing of the notice, the payment remains in arrears, Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court

     Upon the filing of the third such affidavit, the Automatic Stay shall immediately terminate; and be it further

     ORDERED that the fourteen (14) day stay of Rule 4001(a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

     ORDERED that the Automatic Stay of 11 U.S.C. Section 362 be, and it hereby, shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

AGREED AND CONSENTED TO:

| /s/ Mark D. Meyer, Esq. | /s/ Kimberly D. Marshall |
|---|---|
| Mark D. Meyer, Esq. | Kimberly D. Marshall |
| Attorney for Movant | Attorney for Debtor |

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

File Number: 72743

cc:
Mark D. Meyer, Esquire
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Timothy P. Branigan
Trustee
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046

Kimberly D. Marshall, Esquire
603 Post Office Road, Suite 209
Waldorf MD  20602

Gloria Ann Montgomery
PO Box 352
Marbury, MD 20658

     I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                                  /s/ Mark D. Meyer, Esq.
                                                  Mark D. Meyer, Esq.

**End of Order**

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

File Number: 72743